UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ASIA CROOKS, on behalf of, herself and all others similarly situated, | Case No. 2:22-cv-10655 |
| Plaintiff, | Paul D. Borman<br>United States District Judge |
| v. | |
| FROM THE HEART HOME HEALTH CARE, LLC, | |
| Defendant. | |

## ORDER OF DISMISSAL

On May 10, 2022, Plaintiff filed a Notice of Voluntary Dismissal, without prejudice. (ECF No. 4) Accordingly, it is **ORDERED** that the above matter is **DISMISSED** without prejudice.

Dated: May 11, 2022

s/Paul D. Borman
Paul D. Borman
United States District Judge